20  CV1120 -V

United States District Court
Western District Court of New York

Prisoner Complaint under
The Civil Rights Act, 42 U.S.C § 1983

1) Caption of Action
A: Full name & Prisoner Number for Plaintiff:
Billyray Staton Din #: 08A1267

V

B: Full name(s) of Defendant(s):
1). Stewart Eckert          2). Justin Cudzillo
3). Patrick Farrell         4). Ronald Fisher



2).                Statement of Jurisdiction
This is a civil action seeking relief and/or damages to defend & protect the rights guarenteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C §§ 1331, 1343 (3) and (4) and 2201.

3)                 Parties to this action
A: Plaintiffs information:
Name and Prisoner number of Plaintiff: Billyray Staton 08A1267
Present place of confinement & address: Clinton Correctional Facility, P.O. Box 2001, Dannemora New York 12929

B). <u>Defendants Information:</u>
1). <u>Name of Defendant:</u> Stewart Eckert
   <u>Official Position of Defendant:</u> Superintendent
   <u>Defendant is sued in:</u> His individual & official capacity
   <u>Address:</u> Wende Correctional Facility 3040 Wende Rd. Alden N.Y. 14004-1187
2). <u>Name of Defendant:</u> Justin Cudzilo
   <u>Official Position of Defendant:</u> Correction Officer
   <u>Defendant is sued in:</u> His individual & official capacity
   <u>Address:</u> Wende Correctional Facility 3040 Wende Rd. Alden N.Y. 14004-1187
3). <u>Name of Defendant:</u> Patrick Farrell
   <u>Official Position of Defendant:</u> Correction Sargeant
   <u>Defendant is sued in:</u> His individual & official capacity
   <u>Address:</u> Wende Correctional Facility 3040 Wende Rd. Alden N.Y. 14004-1187
4). <u>Name of Defendant:</u> Ronald Fisher
   <u>Official Position of Defendant:</u> Correction Lieutenant
   <u>Defendant is sued in:</u> His individual & official capacity
   <u>Address:</u> Wende Correctional Facility 3040 Wende Rd. Alden N.Y. 14004-1187

4). <u>Previous Lawsuits in State & Federal Court</u>

A). No Previous State Claims/Lawsuits
B). No Previous Federal Claims/Lawsuits

5). Statement of Claim

On March 18, 2018 at approximately 5:05 p.m., in the A-side messhall, in the confines of Wende Correctional Facility, while in the presence of Correction

Officer Justin Cudzilo, there was an inmate, unknown to me, who got up from his seat, got behind me & cut/slashed me across the right side of my face. Without knowing what was happenning I blacked out got up to defend myself by fighting the assailant off. During this time another inmate, who is also unknown to me, left his seat to join in the assault on me. All of this took place in the presence of Correction Officer Justin Cudzilo, who was in the immediate vicinity, had the opportunity to intervene & prevent the assault & failed to do so by doing nothing while the entire incident unfolded in front of him. During & even after this assault on me took place, Officer Justin Cudzilo was in possession of a baton & O.C. pepper spray, which both instruments could & should have been used to prevent this incident or at least stop it after it began but instead Officer Cudzilo only gave "several verbal orders" & never used physical force to stop the assault on me. In response to this failure to protect on behalf of Officer Cudzilo, I was sent to medical & examined by RN Pearson, Deborah (Nurse II) and I was found to have three lacerations in a line on my right cheek, the cuts measured 1/8" x 1/2", 1/8" x 1 1/2", 1/8" x 2". The cuts were consistant with a cutting type weapon, I was then transferred to Erie County Medical Center for treatment.

During the tier 3 hearing for this incident, conducted by Correction Lieutenant Robert O'Leary as the hearing officer, Lieutenant O'Leary & I reviewed the t video of the incident from two cameras & angles. Lieutenant O'Leary & I observed an unknown inmate, unknown to me, remove an object from his mouth & removed what appeared to be plastic & a sheath from the object, all while sitting directly in front of Officer Cudzilo in Officer Cudzilo's direct line of sight, get up from his seat, get behind me, & use a front to back slashing motion to the right side of my face. All of this took place in the immediate vicinity of Officer Cudzilo

In the video footage of this incident Officer Justin Cudzilo can be seen watching the inmate from the moment he takes the unknown object out of his mouth & as the assualt took place, & didn't attempt to move until the 2nd inmate assaulted me. At the time of this event I was under the care, custody, & control of Superintendent Stewart Eckert & it is his official duty to make sure that I am protected & free from assaults while I am housed in his facility.

Prior to this incident, about or on March 5th, 2018 I was involved in an incident where a fight took place with another inmate who is not known to me, & after that hearing was concluded by Correction Lieutenant Ronald Fisher on March 9th, 2018 I made him aware that although I didn't know the guy I had a fight with I fear that something will happen to me if I was made to stay in that housing block & I fear my life was in danger, to which he told me "I don't believe that for one second I looked at your history & I know you're a retired gang member & whatever you got yourself into your going to handle it like a man. Give me some information or else you're on your own." So due to his deliberate indifference, neglegance, & blatant disregard to his duty to protect me the result was I was then assaulted no more than 3 days after the penalty he, Lieutenant Ronald Fisher, imposed expired & I was released from keeplock status. Lieutenant Ronald Fisher showed deliberate indifference in his duty to my protection despite my request to be moved to another block, & therefore I was assaulted & sustained the above mentioned injuries.

During the incident dated March 18, 2018, Correction Sargeant Patrick Farrell was also in the A-side messhall when the assault occured, & Sargeant Patrick Farrell, as a supervising officer has the duty to make sure his officers are doing there jobs & focusing on being aware of their surroundings to ensure the safety

& security for staff & inmates alike are maintained, so that inmates are free from assault. Sargeant Patrick Farrell & Officer Justin Cudzilo both observed the inmate get up from his seat without permission & not only allowed him to assault me from behind but also observed another inmate involve himself in the attack against me. Furthermore during the assault on me neither Sargeant Farrell nor Officer Cudzilo did anything to end the assault but give verbal orders to stop fighting which were ignored, while they have in their possession batons & O.C. pepper spray or could have physically separated this assault by using force. The neglegance and deliberate indifference to my safety, well being, & protection is what brings me to this claim.

The Constitutional basis for this claim under 42 U.S.C. 1983 is, I have the right to be free from all assault & Prison guards have the duty to protect me & the deliberate indifference to do so violates my Eighth Amendment Constitutional Right, so I bring this action for the reckless disregard to my safety in violation of my Eighth Amendment Constitutional Right.

The relief I am seeking for this claim is monetary compensation for the violation of my Constitutional rights, physical injuries sustained along with mental damage it has caused, in the amount of $1.5 million.

6) <u>Exhaustion of Administrative Remedies</u>

I have grieved this issue, March 29th, 2018 while in Involuntary Protective Custody, the solution sought to have better protection in messhall for all inmates statewide. The reviewer found no merit to my grievance due to lack of evidence to "substantiate a grievance of harrassment against staff." I then appealed stating my grievance pertains to not being protected from assault while staff was in

immediate vicinity & failed to prevent it not of staff harrassing me. Eventually my grievance was granted in part though no changes has occurred to ensure better safety which leads me to further seek monetary relief.

7).                    Relief Sought

The relief I am seeking is monetary compensation in the amount of $1.5 ($1,500,000) for the injuries sustained, ongoing mental anguish & emotional distress it has caused & the Constitutional rights that were violated.

Jury Trial Yes ___ No ✓

I declare under penalty of perjury that the foregoing is true & correct.

Executed on August 11, 2020

*Billyray Staton*
Billyray Staton 08A1267
Clinton Correctional Facility
P.O. Box 2001
Dannemora NY 12929
Plaintiff Pro Se

Clinton Correctional Facility
P.O. Box 2001
Dannemora New York 12929

Clerk of the Court
United States District Court for
the Western District of New York
304 U.S. Courthouse
68 Court Street
Buffalo NY 14202-3328

<u>Re:</u> 42 U.S.C § 1983 Summons and Complaint

Dear Clerk of the Court,

Please find enclosed one (1) original and three (3) copies of my pro se 42 U.S.C. § 1983 summons & complaint & all supporting papers & affidavits.

If I have failed to serve any other paper work or there is any further information you may need from me in order to process this motion please feel free to contact me at the above listed address. I would like to thank you for your time & consideration in this matter & I look forward to hearing from your office with a favorable decision from the court.

C.C:File

Respectfully Submitted

Billyray Staton
Billyray Staton 08A1267
Claimant, Pro se

United States District Court for
The Western District of New York x
Billyray Staton #08A1267
        Claimant

v                                                   Summons

Stewart Eckert who is the Superintendent, Justin Cudzilo who is a correction officer, Patrick Farrell who is a Seargeant, Ronald Fisher, who is the Lieutenant, Defendants x

    To the above named Defendants:
    You are hereby summoned & required to serve upon the plaintiff, whose address is currently Clinton Correctional Facility Main, P.O. Box 2001, Dannemora New York 12929, an answer to the complaint, which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgement by default will be taken against you for the relief demanded in this complaint.

Date: 8/11/20

                                            Clerk of the Court
                                            United States District Court of the Western District of New York
                                            304 U.S. Court House
                                            68 Court Street
                                            Buffalo New York 14202-3328

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET    20    CV1120

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Billyray Staton # 08A1267

**DEFENDANTS**
Stewart Eckert, et al

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**CLINTON CORRECTIONAL FACILITY**
**P.O. BOX 2001**
**DANNEMORA, N.Y. 12929**

NAME: Billyray Staton    DIN#: 08A1267

USDC - WDNY
AUG 21 2020
BUFFALO

Clerk of t
United States
The Western
304 U.S. Co
68 Court S
Buffalo N.Y.

**S.H.U. LEGAL MAIL**

Clinton
Correctional Facility

NEOPOST
08/18/2020
US POSTAGE $002.40

ZIP 12929
041M11272303

Court
District Court For
trict of New York
t House
eet
4202-3328